Walker.
1 w 27
95 104

JUSTUS INGERSOLL *v.* ZEBULON KIRBY & GEORGE KIRBY.

Where a date is given, both as a day of the week and a day of the month, and the two are inconsistent, the day of the month must govern.

THIS was a motion to set aside a Master's report for irregularity.

The Master's summons was dated the 5th of December, 1841, was served on the 6th, and required the parties to appear before him on "*Wednesday the 7th December.*" Wednesday was the *eighth* of December, and on that day the Master proceeded with the reference. The defendants did not appear on either day.

*D. Goodwin,* in support of the motion.

*A. W. Buel,* contra.

THE CHANCELLOR. The day of the month and not of the week must govern, when they fall on different days, as in the present case ; and the summons was not served in season for the seventh of December, the rule requiring at least two days' service. If the mistake had been in naming the day of the week, that part of the summons might be rejected as surplusage, and the summons still be good, unless the party had been misled by it.

Motion granted.